IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EBTIHAL ALBAIATY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:12CV3120 |
| | ) | |
| v. | ) | |
| | ) | |
| TED POCWIERZ, Lt., in his personal and official capacity, | ) ) ) | MEMORANDUM OPINION |
| | ) | |
| Defendant. | ) | |

      This matter is before the Court on its own motion. On August 13, 2012, the Court entered a Memorandum and Order directing plaintiff to file an amended complaint no later than September 13, 2012 (Filing No. 7). Plaintiff was warned that failure to file an amended complaint by that deadline would result in the dismissal of this matter without further notice. Plaintiff has not filed an amended complaint or any other response to the Court's Memorandum and Order. A separate judgment will be entered in accordance with this Memorandum Opinion.

      DATED this 11th day of October, 2012.

      BY THE COURT:

      /s/ Lyle E. Strom
      _____
      LYLE E. STROM, Senior Judge
      United States District Court

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.